IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| EDGAR RIVERA OCASIO, #23472-069 ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:04-cv-137-F |
| ) | WO |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and

against the petitioner and that this action is DISMISSED.

DONE this 21st day of March, 2005.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE